524

No. —, original. EX PARTE COOPER. October 15, 1934. Motion for leave to file petition for writ of habeas corpus denied. *Mr. John Ross Cooper, pro se.*

No. —, original. EX PARTE CURTIS. October 15, 1934. Motion for leave to file petition for writ of habeas corpus denied. *Mr. Edward E. Curtis, pro se.*

No. —, original. EX PARTE MARTIN. October 15, 1934. Motion for leave to file petition for writ of habeas corpus denied. *Mr. Milford B. Martin, pro se.*

No. —, original. EX PARTE MANN. October 15, 1934. Motion for leave to file petition for writ of habeas corpus denied. *Mr. Capris Mann, pro se.*

No. 13, original. UNITED STATES *v.* OREGON. October 15, 1934. The report of the Special Master herein is received and ordered to be filed. It is ordered that exceptions to the said report, if any, be filed on or before December 3, next; that briefs upon such exceptions be filed on or before February 4; and that reply briefs, if any, be filed on or before March 4.

No. 19. MISSOURI PACIFIC R. Co. ET AL. *v.* UNITED STATES ET AL.

Argued October 16, 1934. Decided October 22, 1934. *Per Curiam:* The decree is affirmed. *New York Central Securities Co.* v. *United States,* 287 U. S. 12, 25–29; *Texas* v. *United States,* 292 U. S. 522, 531; *Virginian Ry.* v. *United States,* 272 U. S. 658, 663; *Mississippi Valley Barge Co.* v. *United States,* 292 U. S. 282, 286–287;